# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIAMAK S. OURIAN,<br>      Plaintiff,<br><br>      v.<br><br>ONLY GROUP PTE. LTD, d/b/a<br>ONLY AESTHETICS et al.,<br>      Defendants. | CV 18-8454 DSF (SSx)<br><br>JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that Defendant Only Group Pte. Ltd, d/b/a ONLY Aesthetics is ENJOINED from any use of Plaintiff's trademarks or copyrights, that Plaintiff is awarded statutory damages in the amount of $46,971 and attorneys' fees in the amount of $3,300, and that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

Date: July 12, 2019

Dale S. Fischer
United States District Judge